IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 8:18-cv-00522 |
| Plaintiff, | | |
| v. | | |
| | | **ORDER** |
| EL VALLARTA, LLC, EL VALLARTA III, LLC, and EL VALLARTA IV, LLC | | |
| Defendants, | | |
| and | | |
| JENNIFER VILLAFUERTE, as Parent And Next Friend of L.V., | | |
| Intervenor/Plaintiff | | |
| v. | | |
| EL VALLARTA, LLC, EL VALLARTA III, LLC, and EL VALLARTA IV, LLC | | |
| Defendants. | | |

A telephone conference was held before the undersigned on February 26, 2019 regarding the status of this case. In accordance with the discussion during the telephone conference regarding progression of this case, Plaintiff and Intervenor/Plaintiff filed an Unopposed Motion to Extend Deadline to Respond to Defendants' Motions for Summary Judgment and Proceed with Discovery on February 27, 2019. ([Filing No. 23](#).)

Having considered the motion,

**IT IS ORDERED:**

1. The Unopposed Motion to Extend Deadline to Respond to Defendants' Motions for Summary Judgment and Proceed with Discovery (Filing No. 23) is granted.

2. Plaintiff and Intervenor/Plaintiff may, over a period of ninety (90) days, conduct discovery related to the issues as set out in Filing No. 23 as to all Defendants.

3. This Order shall in no way usurp Plaintiff and Intervenor/Plaintiff's right from conducting further discovery from any defendant or from deposing the same witnesses on the merits of the case should Defendants' early motions for summary judgment on those limited issues be overruled; and

4. Plaintiff and Intervenor/Plaintiff's deadline to respond to Defendants' motion for summary judgment (Filing No. 15) is extended to June 27, 2019.

Dated this 27th day of February, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge