IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>EL VALLARTA, LLC, EL VALLARTA III, LLC, and EL VALLARTA IV, LLC,<br><br>                    Defendants. | **8:18CV522**<br><br><br>**ORDER EXTENDING CONSENT DECREE** |

This matter is before the Court on the parties' Joint Motion to Extend the Consent Decree, Filing 101, in which the parties proposed a resolution of Defendants' compliance deficiencies following the parties' good faith resolution of disputes which arose in the implementation and enforcement of the Consent Decree, Filing 100 at 8–10 (¶¶ 16, 17 and 19). After review and consideration of the matters presented in the Joint Motion to Extend the Consent Decree, the Court believes that extending the Consent Decree is in the best interest of justice. Accordingly,

IT IS ORDERED that the term of the original Consent Decree, Filing 100, shall be extended by eighteen (18) months until October 22, 2027.

Dated this 11th day of September, 2024.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge